

# THE THIRTEENTH COURT OF APPEALS

---

13-17-00229-CV

---

Adams Garden Irrigation District #19, Bayview Irrigation District #11, Brownsville Irrigation District, Cameron County Irrigation District #2, Cameron County Irrigation District #6, Cameron County Irrigation District #16, et al.

v.

Texas Commission on Environmental Quality

---

On Appeal from the
201st District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-16-002954

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 21, 2021